| | |
|---|---|
| 1 | PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice* |
|   | patrickshea@paulhastings.com |
| 2 | **PAUL HASTINGS LLP** |
|   | 75 East 55th Street |
| 3 | First Floor |
|   | New York, NY  10022 |
| 4 | Telephone:  (212) 318-6405 |
|   | Facsimile:  (212) 752-2542 |
| 5 | |
|   | STEPHEN H. HARRIS (SB# 184608) |
| 6 | stephenharris@paulhastings.com |
|   | M'ALYSSA C. MECENAS (SB# 272075) |
| 7 | malyssamecenas@paulhastings.com |
|   | **PAUL HASTINGS LLP** |
| 8 | 515 South Flower Street |
|   | Twenty-Fifth Floor |
| 9 | Los Angeles, CA  90071-2228 |
|   | Telephone:  (213) 683-6000 |
| 10 | Facsimile:  (213) 627-0705 |
| 11 | Attorneys for Defendants |
|    | AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC. |
| 12 | |
|    | *Additional Counsel Listed on the Next Page* |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM, | CASE NO.  11-CV-4085 TEH |
| Plaintiff, | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |
| vs. | |
| AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM; AT&T, INC.; and DOES 1-10, | Complaint Filed:  August 15, 2011 |
| Defendants. | |

1 | ROGER P. ROZEK (SB# 214353)
2 | roger@marinlegal.com
　　**MARIN LEGAL, PC**
3 | 363 Marin Avenue
　　Mill Valley, CA 94941
4 | Telephone: (415) 331-0311
　　Facsimile: (415) 388-2555
5
6 | Attorney for Plaintiff
　　WILLIAM GRAHAM

Pursuant to Civil Local Rules 16-2 and 7-12, the Parties stipulate and jointly move for an order from the Court rescheduling to December 12, 2011 the Initial Case Management Conference currently scheduled to be held on December 5, 2011, and for relief from the deadlines associated with that conference.

WHEREAS:

1. The Court set the Initial Case Management Conference for December 5, 2011 at 1:30 p.m.
2. The parties originally scheduled their Rule 26(f) Conference for November 14, 2011, but Plaintiff's counsel was not able to attend due to illness, such that the parties require additional time before the Initial Case Management Conference to meet and confer regarding the parties' discovery plan, discovery report and joint case management statement.
3. Defendants' lead trial counsel cannot attend the Initial Case Management Conference on December 5, 2011 due to conflicting scheduling commitments.
4. Rescheduling the Initial Case Management Conference will further the interests of judicial efficiency and conserve resources.

IT IS HEREBY STIPULATED by and between the parties hereto that the Case Management Conference be rescheduled from December 5, 2011 to December 12, 2011.

Dated: November 15, 2011

PATRICK W. SHEA
STEPHEN H. HARRIS
M'ALYSSA C. MECENAS
PAUL HASTINGS LLP

By: _____/s/ M'Alyssa C. Mecenas_____
M'ALYSSA C. MECENAS

Attorneys for Defendants
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM and AT&T, INC.

Dated: November 15, 2011

ROGER P. ROZEK

By: _____/s/ Roger P. Rozek_____
ROGER P. ROZEK

Attorney for Plaintiff
WILLIAM GRAHAM

CASE NO. 11-CV-4085 TEH -1- STIPULATION TO RESCHEDULE CMC AND [PROPOSED] ORDER

1 [~~PROPOSED~~] ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management
3 Conference is hereby rescheduled from December 5, 2011 to December 12, 2011. All deadlines
4 associated with that conference are hereby reset. The parties' Joint Case Management Statement
5 is now due no later than December 5, 2011.

7 DATED: ___11/16___, 2011    By: _____
8                                  HON. THELTON E. HENDERSON
                                    United States District Court

10 LEGAL_US_W # 69629129.1

*Judge Thelton E. Henderson*