| | |
|---|---|
| 1 | PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice* |
|  | patrickshea@paulhastings.com |
| 2 | **PAUL HASTINGS LLP** |
|  | 75 East 55th Street |
| 3 | First Floor |
|  | New York, NY  10022 |
| 4 | Telephone:  (212) 318-6405 |
|  | Facsimile:  (212) 752-2542 |
| 5 | |
|  | Attorneys for Defendants |
| 6 | AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC. |
| 7 | ROGER P. ROZEK (SB# 214353) |
|  | roger@marinlegal.com |
| 8 | **MARIN LEGAL, PC** |
|  | 363 Marin Avenue |
| 9 | Mill Valley, CA 94941 |
| 10 | Telephone:  (415) 331-0311 |
|  | Facsimile:  (415) 388-2555 |
| 11 | |
|  | Attorney for Plaintiff |
| 12 | WILLIAM GRAHAM |
| 13 | *Additional Counsel Listed on the Next Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM, | CASE NO.  11-CV-4085 TEH |
| Plaintiff, | **THIRD STIPULATION TO EXTEND THE DEADLINE FOR PARTIES TO HOLD AN EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER** |
| vs. | |
| AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM; AT&T, INC.; and DOES 1-10, | [ADR L.R. 5-5] |
| Defendants. | Complaint Filed:  August 15, 2011 |

1  STEPHEN H. HARRIS (SB# 184608)
   stephenharris@paulhastings.com
2  M'ALYSSA C. MECENAS (SB# 272075)
   malyssamecenas@paulhastings.com
3  **PAUL HASTINGS LLP**
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
5  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
6
   Attorneys for Defendants
7  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 11-CV-4085 TEH

THIRD STIPULATION TO EXTEND DEADLINE
TO HOLD EARLY NEUTRAL EVALUATION;
[PROPOSED] ORDER

1   Pursuant to ADR Local Rule 5-5 and Civil Local Rule 7, the Parties stipulate and jointly
2 move for an order from the Court to move the Early Neutral Evaluation ("ENE") deadline
3 previously set for March 9, 2012 to April 16, 2012, and for relief from the deadlines associated
4 with that conference.

5   WHEREAS:

6 1. On or about November 14, 2011, the Parties selected ENE for the resolution of this case.
7 2. By order dated November 15, 2011, the Court previously scheduled ENE and set the deadline
8    for the ADR session as 90 days from the date of the order, or February 13, 2012.
9 3. At the Parties' preliminary ENE telephone conference held on January 23, 2012, the Parties
10    and the ENE Evaluator discussed and agreed to extend the ENE to March 1, 2012 to
11    accommodate the Parties' schedules.
12 4. By order dated January 30, 2012, the Court rescheduled the ENE deadline to March 1, 2012.
13 5. The Parties reached an agreement in principle to settle, and wish to have more time to
14    continue to finalize and document their agreement, prior to the ENE. Counsel for the
15    Defendant spoke with the ENE Evaluator on February 23, 2012 about this rescheduling
16    proposal, and the ENE Evaluator confirmed his consent to an extension.
17 6. By order dated February 27, 2012, the Court rescheduled the ENE deadline to March 9, 2012.
18 7. Due to scheduling conflicts and complexities that have arisen in documenting the settlement
19    since the date of the court's last ENE rescheduling order, the Parties request that the court
20    extend the deadline to hold the ENE by 37 additional days so the Parties may confer and
21    finalize and document their agreement prior to the ENE.
22 8. Rescheduling the ENE will further the interests of judicial efficiency and conserve resources,
23    as the settlement process may obviate the need for the ENE.
24 //
25 //
26 //
27 //
28 //

IT IS HEREBY STIPULATED by and between the parties hereto that the ENE be rescheduled from March 9, 2012 to April 16, 2012.

Dated: March 6, 2012     PAUL HASTINGS LLP

By: _____*/s/ Patrick W. Shea*_____
         PATRICK W. SHEA

Attorneys for Defendants
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM and AT&T, INC.

Dated: March 6, 2012     MARIN LEGAL, PC

By: _____*/s/ Roger P. Rozek*_____
         ROGER P. ROZEK

Attorney for Plaintiff
WILLIAM GRAHAM

1 [PROPOSED] ORDER

2     PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the Parties

3 to hold an Early Neutral Evaluation ("ENE") session is hereby rescheduled from March 9, 2012

4 to April 16, 2012. All deadlines associated with that conference are hereby reset.

5 DATED: __03/07__, 2012     By: _____

6                                          HON. THELTON E. HENDERSON
                                           United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28