1   PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice*
    patrickshea@paulhastings.com
2   **PAUL HASTINGS LLP**
    75 East 55th Street
3   First Floor
    New York, NY  10022
4   Telephone:  (212) 318-6405
    Facsimile:  (212) 752-2542
5

6   Attorneys for Defendants
    AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

7   ROGER P. ROZEK (SB# 214353)
    roger@marinlegal.com
8   **MARIN LEGAL, PC**
    363 Marin Avenue
9   Mill Valley, CA 94941
    Telephone:  (415) 331-0311
10  Facsimile:  (415) 388-2555
11

12  Attorney for Plaintiff
    WILLIAM GRAHAM

13  *Additional Counsel Listed on the Next Page*

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19  WILLIAM GRAHAM,                        CASE NO.  11-CV-4085 TEH

20              Plaintiff,                 **THIRD STIPULATION TO EXTEND THE
                                           DEADLINE FOR PARTIES TO HOLD AN
21       vs.                               EARLY NEUTRAL EVALUATION;
                                           [PROPOSED] ORDER**
22  AT&T PENSION BENEFIT PLAN -
    NONBARGAINED PROGRAM; AT&T,            **[ADR L.R. 5-5]**
23  INC.; and DOES 1-10,

24              Defendants.                Complaint Filed:  August 15, 2011

25

26

27

28

CASE NO. 11-CV-4085 TEH                          THIRD STIPULATION TO EXTEND DEADLINE
                                                    TO HOLD EARLY NEUTRAL EVALUATION;
LEGAL_US_W # 70750152.1                                             [PROPOSED] ORDER

1   STEPHEN H. HARRIS (SB# 184608)
    stephenharris@paulhastings.com
2   M'ALYSSA C. MECENAS (SB# 272075)
    malyssamecenas@paulhastings.com
3   **PAUL HASTINGS LLP**
    515 South Flower Street
4   Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
5   Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
6
    Attorneys for Defendants
7   AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to ADR Local Rule 5-5 and Civil Local Rule 7, the Parties stipulate and jointly move for an order from the Court to move the Early Neutral Evaluation ("ENE") deadline previously set for March 9, 2012 to April 16, 2012, and for relief from the deadlines associated with that conference.

WHEREAS:

1. On or about November 14, 2011, the Parties selected ENE for the resolution of this case.

2. By order dated November 15, 2011, the Court previously scheduled ENE and set the deadline for the ADR session as 90 days from the date of the order, or February 13, 2012.

3. At the Parties' preliminary ENE telephone conference held on January 23, 2012, the Parties and the ENE Evaluator discussed and agreed to extend the ENE to March 1, 2012 to accommodate the Parties' schedules.

4. By order dated January 30, 2012, the Court rescheduled the ENE deadline to March 1, 2012.

5. The Parties reached an agreement in principle to settle, and wish to have more time to continue to finalize and document their agreement, prior to the ENE.  Counsel for the Defendant spoke with the ENE Evaluator on February 23, 2012 about this rescheduling proposal, and the ENE Evaluator confirmed his consent to an extension.

6. By order dated February 27, 2012, the Court rescheduled the ENE deadline to March 9, 2012.

7. Due to scheduling conflicts and complexities that have arisen in documenting the settlement since the date of the court's last ENE rescheduling order, the Parties request that the court extend the deadline to hold the ENE by 37 additional days so the Parties may confer and finalize and document their agreement prior to the ENE.

8. Rescheduling the ENE will further the interests of judicial efficiency and conserve resources, as the settlement process may obviate the need for the ENE.

//

//

//

//

//

1        IT IS HEREBY STIPULATED by and between the parties hereto that the ENE be

2  rescheduled from March 9, 2012 to April 16, 2012.

3

4  Dated: March 6, 2012            PAUL HASTINGS LLP

5

6                       By:          */s/ Patrick W. Shea*
                                  PATRICK W. SHEA

7                       Attorneys for Defendants

8                       AT&T PENSION BENEFIT PLAN – NONBARGAINED
                       PROGRAM and AT&T, INC.

9

10  Dated: March 6, 2012            MARIN LEGAL, PC

11

12                       By:          */s/ Roger P. Rozek*
                                    ROGER P. ROZEK

13                       Attorney for Plaintiff

14                       WILLIAM GRAHAM

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the Parties to hold an Early Neutral Evaluation ("ENE") session is hereby rescheduled from March 9, 2012 to April 16, 2012.  All deadlines associated with that conference are hereby reset.

DATED: _____03/07_____, 2012          By: _____

                                            HON. THELTON E. HENDERSON
                                            United States District Court

CASE NO. 11-CV-4085 TEH                     -3-                THIRD STIPULATION TO EXTEND DEADLINE
                                                              TO HOLD EARLY NEUTRAL EVALUATION;
                                                                      [PROPOSED] ORDER