1 | PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice*
patrickshea@paulhastings.com
2 | **PAUL HASTINGS LLP**
75 East 55th Street
3 | First Floor
New York, NY  10022
4 | Telephone:  (212) 318-6405
Facsimile:  (212) 752-2542
5 |
6 | Attorneys for Defendants
AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

7 | ROGER P. ROZEK (SB# 214353)
roger@marinlegal.com
8 | **MARIN LEGAL, PC**
363 Marin Avenue
9 | Mill Valley, CA 94941
10 | Telephone:  (415) 331-0311
Facsimile:  (415) 388-2555

Attorney for Plaintiff
WILLIAM GRAHAM

*Additional Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WILLIAM GRAHAM, | CASE NO.  11-CV-4085 TEH |
|---|---|
| Plaintiff, | **THIRD STIPULATION TO EXTEND THE DEADLINE FOR PARTIES TO HOLD AN EARLY NEUTRAL EVALUATION; [~~PROPOSED~~] ORDER** |
| vs. | |
| AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM; AT&T, INC.; and DOES 1-10, | [ADR L.R. 5-5] |
| Defendants. | Complaint Filed:  August 15, 2011 |

1  STEPHEN H. HARRIS (SB# 184608)
   stephenharris@paulhastings.com
2  M'ALYSSA C. MECENAS (SB# 272075)
   malyssamecenas@paulhastings.com
3  **PAUL HASTINGS LLP**
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   Attorneys for Defendants
7  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to ADR Local Rule 5-5 and Civil Local Rule 7, the Parties stipulate and jointly move for an order from the Court to move the Early Neutral Evaluation ("ENE") deadline previously set for April 16, 2012 to May 28, 2012, and for relief from the deadlines associated with that conference.

WHEREAS:

1. On or about November 14, 2011, the Parties selected ENE for the resolution of this case.
2. By order dated November 15, 2011, the Court previously scheduled ENE and set the deadline for the ADR session as 90 days from the date of the order, or February 13, 2012.
3. At the Parties' preliminary ENE telephone conference held on January 23, 2012, the Parties and the ENE Evaluator discussed and agreed to extend the ENE to March 1, 2012 to accommodate the Parties' schedules.
4. By order dated January 30, 2012, the Court rescheduled the ENE deadline to March 1, 2012.
5. The Parties reached an agreement in principle to settle, and wish to have more time to continue to finalize and document their agreement, prior to the ENE. Counsel for the Defendant spoke with the ENE Evaluator on February 23, 2012 about this rescheduling proposal, and the ENE Evaluator confirmed his consent to an extension.
6. By order dated March 7, 2012, the Court rescheduled the ENE deadline to April 16, 2012.
7. Due to scheduling conflicts and complexities that have arisen in documenting the settlement since the date of the court's last ENE rescheduling order, the Parties request that the court further extend the deadline to hold the ENE so the Parties may confer and finalize and document their agreement prior to the ENE.
8. Rescheduling the ENE will further the interests of judicial efficiency and conserve resources, as the settlement process may obviate the need for the ENE.

//
//
//
//
//

1   IT IS HEREBY STIPULATED by and between the Parties hereto that the deadline to hold
2   the ENE be rescheduled from April 16, 2012 to May 28, 2012.

Dated:  April 10, 2012              PAUL HASTINGS LLP
                                    By:_____/s/ Patrick W. Shea_____
                                            PATRICK W. SHEA

                                    Attorneys for Defendants
                                    AT&T PENSION BENEFIT PLAN – NONBARGAINED
                                    PROGRAM and AT&T, INC.

Dated:  April 10, 2012              MARIN LEGAL, PC
                                    By:_____/s/ Roger P. Rozek_____
                                            ROGER P. ROZEK

                                    Attorney for Plaintiff
                                    WILLIAM GRAHAM

1

[PROPOSED] ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the Parties

3   to hold an Early Neutral Evaluation ("ENE") session is hereby rescheduled from April 16, 2012

4   to May 28, 2012. All deadlines associated with that conference are hereby reset.

5   DATED: __04/10__, 2012     By: _____

6                                       HON. THELTON E. HENDERSON
                                        United States District Court