1  PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice*
   patrickshea@paulhastings.com
2  **PAUL HASTINGS LLP**
   75 East 55th Street
3  First Floor
   New York, NY  10022
4  Telephone:  (212) 318-6405
   Facsimile:  (212) 752-2542
5
   Attorneys for Defendants
6  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

7  ROGER P. ROZEK (SB# 214353)
   roger@marinlegal.com
8  **MARIN LEGAL, PC**
   363 Marin Avenue
9  Mill Valley, CA 94941
10 Telephone:  (415) 331-0311
   Facsimile:  (415) 388-2555
11
   Attorney for Plaintiff
12 WILLIAM GRAHAM

13 *Additional Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM; AT&T, INC.; and DOES 1-10,<br><br>        Defendants. | CASE NO.  11-CV-4085 TEH<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  August 15, 2011 |

1  STEPHEN H. HARRIS (SB# 184608)
   stephenharris@paulhastings.com
2  M'ALYSSA C. MECENAS (SB# 272075)
   malyssamecenas@paulhastings.com
3  **PAUL HASTINGS LLP**
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   Attorneys for Defendants
7  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Pursuant to Civil Local Rules 16-2 and 7-12, the Parties stipulate and jointly move for an order from the Court rescheduling to June 11, 2012 the Case Management Conference currently scheduled to be held on April 30, 2012, and for relief from the deadlines associated with that conference.

    WHEREAS:

1.  On December 12, 2011, the Court set the Case Management Conference for March 19, 2012 at 1:30 p.m.
2.  The Parties reached a tentative agreement to settle, but the Parties require additional time before the Case Management Conference to finalize and document their agreement.
3.  The Parties previously filed a stipulated request for the Court to continue the deadline to hold an early neutral evaluation (ENE) from March 9, 2012 to April 16, 2012. By order dated March 7, 2012, the Court granted the Parties' request. The Parties concurrently have filed another stipulated request for the Court to continue the deadline to hold an ENE to May 28, 2012. In the unlikely event that the settlement is not finalized, the Parties wish to have two weeks between the ENE and the Case Management Conference to allow sufficient time for the Parties to prepare an updated Joint Case Management Statement.
4.  Rescheduling the Case Management Conference will further the interests of judicial efficiency and conserve resources.

    IT IS HEREBY STIPULATED by and between the Parties hereto that the Case Management Conference be rescheduled from April 30, 2012 to June 11, 2012.

| | | |
|---|---|---|
| 1 | Dated: April 10, 2012 | PATRICK W. SHEA |
| 2 | | STEPHEN H. HARRIS |
| | | M'ALYSSA C. MECENAS |
| | | PAUL HASTINGS LLP |

By:_____ */s/ Patrick W. Shea*_____
                PATRICK W. SHEA

Attorneys for Defendants
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM and AT&T, INC.

Dated: April 10, 2012    ROGER P. ROZEK

By:_____ */s/ Roger P. Rozek*_____
                ROGER P. ROZEK

Attorney for Plaintiff
WILLIAM GRAHAM

1 [PROPOSED] ORDER

2       PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
3 Conference is hereby rescheduled from April 30, 2012 to June 11, 2012. All deadlines associated
4 with that conference are hereby reset. The Parties' Joint Case Management Statement is now due
5 no later than June 4, 2012.

7 DATED: __04/10__, 2012      By: _____
8                                           HON. THELTON E. HENDERSON
9                                           United States District Court

10 LEGAL_US_W # 71128617.1