1  PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice*
   patrickshea@paulhastings.com
2  **PAUL HASTINGS LLP**
   75 East 55th Street
3  First Floor
   New York, NY  10022
4  Telephone:  (212) 318-6405
   Facsimile:  (212) 752-2542
5
   Attorneys for Defendants
6  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

7  ROGER P. ROZEK (SB# 214353)
   roger@marinlegal.com
8  **MARIN LEGAL, PC**
   363 Marin Avenue
9  Mill Valley, CA 94941
   Telephone:  (415) 331-0311
10 Facsimile:  (415) 388-2555
11
   Attorney for Plaintiff
12 WILLIAM GRAHAM

13 *Additional Counsel Listed on the Next Page*
14

15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                    SAN FRANCISCO DIVISION
18

| | |
|---|---|
| WILLIAM GRAHAM, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM; AT&T, INC.; and DOES 1-10, <br><br> Defendants. | CASE NO.  11-CV-4085 TEH <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER** <br><br> Complaint Filed:  August 15, 2011 |

CASE NO. 11-CV-4085 TEH

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

1  STEPHEN H. HARRIS (SB# 184608)
   stephenharris@paulhastings.com
2  M'ALYSSA C. MECENAS (SB# 272075)
   malyssamecenas@paulhastings.com
3  **PAUL HASTINGS LLP**
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   Attorneys for Defendants
7  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 11-CV-4085 TEH

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

1 Plaintiff William Graham ("Plaintiff"), Defendant AT&T Pension Benefit Plan – Nonbargained Program ("Plan") and Defendant AT&T, Inc. ("AT&T") hereby stipulate, by and through their counsel of record, as follows:

1. Plaintiff has identified both the Plan and AT&T as defendants in this lawsuit filed under the Employee Retirement Income Security Action of 1974, as amended ("ERISA"). Plaintiff has served Defendants AT&T and the Plan with the Complaint, and Defendants AT&T and the Plan filed Answers disputing Plaintiff's entitlement to benefits under the Plan.

2. The parties have reached a settlement and have agreed Plaintiff will dismiss his entire action voluntarily, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

3. The parties respectfully request, in the Proposed Order filed herewith, that the Court enter an Order dismissing with prejudice Plaintiff's entire action in the above-captioned matter.

4. Each party shall bear its own costs, attorneys' fees and expenses.

IT IS SO STIPULATED by and between the parties.

Dated: April 23, 2012  PATRICK W. SHEA
STEPHEN H. HARRIS
M'ALYSSA C. MECENAS
PAUL HASTINGS LLP

By: _____ /s/ Patrick W. Shea _____
PATRICK W. SHEA

Attorneys for Defendants
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM and AT&T, INC.

Dated: _____ May 1 _____, 2012  ROGER P. ROZEK

By: _____ /s/ Roger P. Rozek _____
ROGER P. ROZEK

Attorney for Plaintiff
WILLIAM GRAHAM

CASE NO. 11-CV-4085 TEH   -1-   STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's entire action be dismissed with prejudice. Each party shall bear its own costs, attorneys' fees and expenses.

DATED: __05/23__, 2012        By: _____
                                   HON. _____ E. HENDERSON
                                   District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*