PATRICK W. SHEA (NY SB# 4587176), *Pro Hac Vice*
patrickshea@paulhastings.com
**PAUL HASTINGS LLP**
75 East 55th Street
First Floor
New York, NY  10022
Telephone:  (212) 318-6405
Facsimile:  (212) 752-2542

Attorneys for Defendants
AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC.

ROGER P. ROZEK (SB# 214353)
roger@marinlegal.com
**MARIN LEGAL, PC**
363 Marin Avenue
Mill Valley, CA 94941
Telephone:  (415) 331-0311
Facsimile:  (415) 388-2555

Attorney for Plaintiff
WILLIAM GRAHAM

*Additional Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GRAHAM,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM; AT&T, INC.; and DOES 1-10,<br><br>                    Defendants. | CASE NO.  11-CV-4085 TEH<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  August 15, 2011 |

| | |
|---|---|
| 1 | STEPHEN H. HARRIS (SB# 184608) |
| | stephenharris@paulhastings.com |
| 2 | M'ALYSSA C. MECENAS (SB# 272075) |
| | malyssamecenas@paulhastings.com |
| 3 | **PAUL HASTINGS LLP** |
| | 515 South Flower Street |
| 4 | Twenty-Fifth Floor |
| | Los Angeles, CA  90071-2228 |
| 5 | Telephone:  (213) 683-6000 |
| | Facsimile:  (213) 627-0705 |
| 6 | |
| 7 | Attorneys for Defendants |
| | AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM and AT&T, INC. |

Plaintiff William Graham ("Plaintiff"), Defendant AT&T Pension Benefit Plan – Nonbargained Program ("Plan") and Defendant AT&T, Inc. ("AT&T") hereby stipulate, by and through their counsel of record, as follows:

1. Plaintiff has identified both the Plan and AT&T as defendants in this lawsuit filed under the Employee Retirement Income Security Action of 1974, as amended ("ERISA"). Plaintiff has served Defendants AT&T and the Plan with the Complaint, and Defendants AT&T and the Plan filed Answers disputing Plaintiff's entitlement to benefits under the Plan.

2. The parties have reached a settlement and have agreed Plaintiff will dismiss his entire action voluntarily, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

3. The parties respectfully request, in the Proposed Order filed herewith, that the Court enter an Order dismissing with prejudice Plaintiff's entire action in the above-captioned matter.

4. Each party shall bear its own costs, attorneys' fees and expenses.

IT IS SO STIPULATED by and between the parties.

Dated: April 23, 2012

PATRICK W. SHEA
STEPHEN H. HARRIS
M'ALYSSA C. MECENAS
PAUL HASTINGS LLP

By:_____/s/ Patrick W. Shea_____
PATRICK W. SHEA

Attorneys for Defendants
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM and AT&T, INC.

Dated: _____May 1_____, 2012      ROGER P. ROZEK

By:_____/s/ Roger P. Rozek_____
ROGER P. ROZEK

Attorney for Plaintiff
WILLIAM GRAHAM

CASE NO. 11-CV-4085 TEH

-1-

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's entire action be dismissed with prejudice. Each party shall bear its own costs, attorneys' fees and expenses.

DATED: __05/23__, 2012    By:_____
                              HON. THELTON E. HENDERSON
                              District Court

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*